UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURPHY COSTON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>E. CLARK, et al.,<br><br>　　　　Defendants. | CASE NO. 1:14-cv-00148-MJS (PC)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE**<br><br>**(ECF No. 15)** |

　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis in this civil rights action brought pursuant to 42 U.S.C. § 1983. On March 31, 2015, Plaintiff's first amended complaint was dismissed for failure to state a claim, but he was given leave to file a second amended complaint. (ECF No. 14.) The thirty day deadline passed without Plaintiff either filing an amended pleading or seeking an extension of time to do so.

　　On May 15, 2015, the Court ordered Plaintiff to show cause within fourteen days why the action should not be dismissed with prejudice for failure to obey a court order and failure to prosecute. (ECF No. 15.) Almost simultaneously with the order to show cause, Plaintiff's second amended complaint (ECF No. 14), dated April 24, 2015, was docketed.

　　Based on Plaintiff's timely submission of the second amended complaint, the

order to show cause (ECF No. 15), filed May 15, 2015, is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated: May 18, 2015        /s/ *Michael J. Seng*
                        UNITED STATES MAGISTRATE JUDGE