UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL MURPHY COSTON,<br><br>    Plaintiff,<br><br>  v.<br><br>J.K. YU,<br><br>    Defendant. | 1:14-cv-00148-AWI-MJS (PC)<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO EXTEND DISPOSITIVE MOTION DEADLINE**<br><br>**(ECF No. 36)**<br><br>**DISPOSITIVE MOTION DEADLINE: APRIL 11, 2017** |

    Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On February 22, 2017, Defendant filed a motion to modify the discovery and scheduling order to extend the dispositive motion deadline.

    Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendant's request for a modification of the Discovery and Scheduling Order (ECF No. 36) is GRANTED; and
2. The dispositive motion deadline is continued to April 11, 2017.

IT IS SO ORDERED.

Dated:   February 27, 2017        /s/ *Michael J. Seng*
                                                   UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28